2jgmtbk (7/15)

## UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF MISSOURI

| | |
|---|---|
| Richard Thomas Gregg<br>Debtor(s) | ) Case No.: 13–60394–abf7<br>)<br>)<br>)<br>)<br>) |

### JUDGMENT

The issues of this proceeding having been duly considered by the Honorable Arthur B. Federman, United States Bankruptcy Judge, and a decision having been reached without a trial or hearing.

IT IS ORDERED AND ADJUDGED: That Judgment is hereby entered in accordance with the Order For Judgment (Doc. No. 468), entered by the court on 12/3/2015. IT IS THEREFORE ORDERED AND DECLARED: 1. that the automatic bankruptcy stay does not apply to the United States with regard to its enforcement of the United States District Courts criminal restitution judgment entered against debtor in his criminal case; and, 2. that the United States may enforce criminal restitution orders against all property, including property of the bankruptcy estate.



PAIGE WYMORE–WYNN
Acting Court Executive

By: /s/ Sharon Greene
     Deputy Clerk

Date of issuance: 12/3/15

Court to serve